IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MICHELLE MARIE MEANEY-DEMARSH, | : | |
| a/k/a MICHELLE M. MEANEY-DEMARSH, | : | CASE NO.: 5:23-bk-00871 |
| a/k/a MICHELLE MEANEY-DEMARSH, | : | |
| a/k/a MICHELLE MARIE DEMARSH, | : | |
| a/k/a MICHELLE M. DEMARSH, | : | |
| a/k/a MICHELLE DEMARSH, | : | |
| f/d/b/a PENNSYLVANIA AUTISM ACTION | : | |
| CENTER, | : | |
| Debtor | : | |

**REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES**

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses.
Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order.
Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.** Presumptively reasonable fees under L.B.R. 2016-2(c) | |
| 1. Amount agreed to by debtor | $ |
| 2. Less amount paid to attorney prior to filing petition | $ |
| 3. Balance of compensation to be paid through plan distributions | $ |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ -0- |
| | |
| **B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | N/A |
| 1. Retainer received | $ 1,500.00 |
| 2. Compensation earned prepetition and paid to attorney prior to filing petition | $ |
| 3. Expenses reimbursed prepetition | $ |
| 4. Balance in retainer after deduction of prepetition compensation and expenses | $ |
| 5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account | $ UNKNOWN |
| | |
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $ 6,000.00 |

*An additional legal of $6,000 has been included in the Chapter 13 Plan as a placeholder for actual legal fees and costs as may be approved by this court. No legal fees/costs shall be paid to Newman Williams by Standing Chapter 13 Trustee Jack Zaharopolous except as may be approved by this court after notice to interested parties. The Chapter 13 Plan may need to be amended to accommodate fees/costs approved by this court.

Dated: _____                    _____
                                          VINCENT RUBINO, ESQ.
                                          Attorney for Debtor