# United States Bankruptcy Court
## Middle District of Pennsylvania

In re  **Michelle Marie Meaney-DeMarsh** _____  Case No. **5:23-bk-00871**
_____
                                    Debtor(s)       Chapter  **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **7,500.00** |
| Prior to the filing of this statement I have received | $ | **1,500.00** |
| Balance Due | $ | **6,000.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ☐ Debtor     ■ Other (specify):  **Debtor's case involves business-related issues involving tax and employee-benefit plan matters. Consequently, the Debtor has agreed to pay for legal services on an hourly basis at $300 hourly for attorneys and $100 hourly for paralegal time.**

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Paragraph 1 includes a legal fee amount of $7,500 simply as a placeholder until the court enters an order approving legal fees. Legal fees in excess of $7,500 will require an Amended Chapter 13 Plan.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **N/A**

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____
_Date_

                                    _____
                                    **Vincent Rubino 49628**
                                    _Signature of Attorney_
                                    **Newman Williams et al**
                                    **712 Monroe Street**
                                    **PO Box 511**
                                    **Stroudsburg, PA 18360-0511**
                                    **570-421-9090  Fax: 570-424-9739**
                                    **vrubino@newmanwilliams.com**
                                    _Name of law firm_

---